UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WOOD, | |
| Petitioner, | 2:11-cv-01667-GMN-GWF |
| vs. | |
| STATE OF NEVADA, et al., | ORDER |
| Respondents. | |

Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The petition cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days from the date of the entry of this order within which to either pay the required filing fee, or file a fully and properly completed motion for leave to proceed *in forma pauperis*. The failure to timely do so will result in the dismissal of this action.

Dated this 1st day of November, 2011.

_____
Gloria M. Navarro
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26