UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER WOOD, | ) | |
| Petitioner, | ) | 2:11-cv-01667-GMN-GWF |
| vs. | ) | |
| | ) | ORDER |
| STATE OF NEVADA, et al., | ) | |
| Respondents. | ) | |

This is before the Court on petitioner's Motion for Extension of Time to File First Amended Petition (ECF No. 23). Petitioner seeks an additional 45 days, until August 17, 2012, due to the need to obtain additional transcripts from the state court proceedings. Good cause appearing, the motion is **granted.** The amended petition shall be filed on or before August 17, 2012.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge