UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER WOOD,                        )
                                         )
        Petitioner,                 )   2:11-cv-01667-GMN-GWF
                                         )
vs.                                      )
                                         )   ORDER
STATE OF NEVADA, et al.,                 )
                                         )
        Respondents.                )
_____/

        This is before the Court on petitioner's Motion for Order to Show Cause Why State Should Not be Compelled to Produce Records of Conviction Used to Apply Habitual Criminality Enhancement (ECF No. 26). Petitioner seeks the production of certified copies of criminal convictions used to enhance petitioner's sentence as a habitual criminal. He provides information indicating that those records are in the possession of the State, but that individuals representing the State have refused to cooperate in producing the documents.

        Pursuant to Rule 7 of the Rules Governing Section 224 Cases, where such documents should be part of the state records, and where the Court has directed respondents to assist counsel for petitioner in obtaining the record by providing "whatever portions of the state court record they possess," respondents shall be directed to provide authenticated copies of the certified judgments of conviction used in the habitual criminal enhancement in petitioner's state criminal proceedings which are the subject of this habeas corpus petition or show cause why they cannot do so.

        **IT IS THEREFORE ORDERED** that the Motion for Order to Show Cause (ECF No. 26) is **GRANTED.** Respondents shall, within fifteen (15) days of entry of this Order, produce and provide to counsel for petitioner authenticated copies of the certified judgments of conviction used to support the habitual criminal enhancement to petitioner's sentence. Respondents shall also file a Notice of Compliance indicating what documents have been produced.

1  **IT IS FURTHER ORDERED** that should respondents be unable to provide these documents
2  to petitioner, they shall, within that same time period, file notice with this Court of their inability to
3  comply with this Order and shall provide any information they have regarding the records' whereabouts
4  or contacts for obtaining the same.

5  **IT IS SO ORDERED** this 27th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge