UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER WOOD,

                Petitioner,

v.

STATE OF NEVADA, et al.,

                Respondents.

Case No. 2:11-cv-01667-MMD-GWF

ORDER

This case was recently reassigned to this Court after the August 27, 2012, Order granting petitioner's Motion for Order to Show Cause ("Motion") (dkt. no. 26) was stricken. Before that Order was issued, respondents filed a Motion to Reconsider (dkt. no 29) requesting the Court to reconsider its Order. The Court will construe respondents' Motion to Reconsider as a response to the Motion. Petitioner will be given an opportunity to file a reply in response to issues raised in the Motion for Reconsideration. Such a reply must be filed within ten (10) days from the issuance of this Order.

In addition, pending before the Court is a Motion to Substitute Party (dkt. no 30) to which petitioner has filed a Notice of Non-opposition (dkt. no 31). This motion is granted.

The Amended Petition in this matter is currently due by October 1, 2012 (dkt. no 27). The deadline for the Amended Petition will be continued until after resolution of petitioner's Motion for Order to Show Cause.

DATED THIS 10th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE