UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER WOOD,

                    Petitioner,

      v.

DWIGHT NEVEN, WARDEN, et al.,

                  Respondent.

Case No. 2:11-cv-01667-MMD-GWF

ORDER

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed his Amended Petition on January 7, 2013.  (Dkt. nos. 40 and 41.)  Respondents shall file and serve their Answer or other response to the petition no later than forty-five (45) days after entry of this Order.

IT IS SO ORDERED.

DATED THIS 16th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE