UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER WOOD,<br><br>         Petitioner,<br><br>    v.<br><br>DWIGHT NEVEN, WARDEN, et al.,<br><br>         Respondent. | Case No. 2:11-cv-01667-MMD-GWF<br><br>ORDER |

This is before the Court on respondents' Unopposed Motion for Extension of Time to file their response to the First Amended Petition. Respondents seek an additional sixty (60) days, until April 3, 2013.  Good cause appearing, the motion (dkt. no. 45) is GRANTED.  The response to the amended petition shall be filed on or before April 3, 2013.

IT IS SO ORDERED.

DATED THIS 7th day of March 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE