# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER WOOD,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:11-cv-01667-JAD-GWF

**O R D E R**

**IT IS ORDERED** that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED: November 8, 2013

_____
JENNIFER A. DORSEY
United States District Judge